*United States District Court for the Northern District of Illinois*
Revised 03/11/2008

Case Number:                                  Assigned/Issued By: AEE

Judge Name: BUCKLO                            Designated Magistrate Judge: BROWN

---

**FEE INFORMATION**

*Amount Due:*  ☐ $350.00    ☐ $39.00    ☐ $5.00

☐ IFP    ☐ No Fee    ☐ Other _____

☐ $455.00

Number of Service Copies _____    Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: _____          Receipt #: _____

Date Payment Rec'd: _____      Fiscal Clerk: _____

---

**ISSUANCES**

☐ Summons                                    ☐ Alias Summons

☐ Third Party Summons                        ☐ Lis Pendens

☐ Non Wage Garnishment Summons               ☐ Abstract of Judgment
                                             _____
☐ Wage-Deduction Garnishment Summons         _____
                                             (Victim, Against and $ Amount)
☐ Citation to Discover Assets
                                             ☐ Other
☐ Writ _____                  _____
        (Type of Writ)                       _____
                                             (Type of issuance)

_____Original and _____ copies on _____ as to _____
                                        (Date)

_____

_____