IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND et al | )<br>)<br>)<br>) |
| Plaintiffs, | ) Case No. 08 C 4064<br>) |
| v. | ) Judge Bucklo<br>) |
| KAP ROOFING, INC. | )<br>) |
| Defendant. | ) |

### *Notice of Motion*
_____

Keith A. Pinn, Registered Agent
KAP Roofing, Inc.
2144 Illinois Route 176
Crystal Lake, IL 60014

PLEASE TAKE NOTICE that on **Thursday, August 28, 2008** I shall appear before the Honorable Judge Bucklo at approximately **9:30 a.m. in Courtroom 1441**, or any Judge in her stead at the Everett McKinley Dirksen Building located at 219 South Dearborn Street, Chicago, Illinois, where I shall then and there present my **Motion for Judgment by Default.**

                                                  CHICGAO REGIONAL COUNCIL OF
                                                CARPENTERS PENSION FUND et al

                                                  s/Travis J. Ketterman
                                      By: _____
                                                  TRAVIS J. KETTERMAN

Whitfield McGann & Ketterman
111 East Wacker Drive, Suite 2600
Chicago, IL 60601
312/251-9700

STATE OF ILLINOIS     )
                      )     SS
COUNTY OF COOK        )


Travis J. Ketterman, the undersigned attorney, deposes and says that he served the above and foregoing **Motion for Judgment by Default** by First Class U.S. Mail to the persons to who said Notice is directed on August 25, 2008.


s/Travis J. Ketterman
_____